IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CRISTIAN LEMUS LOPEZ,

    Petitioner,

v.                                       Civil Action No. 2:25-cv-764

KRISTI NOEM, et al.,

    Respondents.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on February 12, 2026. Dkt. No. 28. The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

(1)     The Report and Recommendation, Dkt. No. 28, is ADOPTED as the opinion of this Court.

(2)     The Amended Petition for Writ of Habeas Corpus, Dkt. No. 4, is GRANTED.

(3)     It is further ORDERED that Petitioner be provided a bond hearing pursuant to 8 U.S.C. § 1226(a).

Let the Clerk of the Court send a copy of this Final Order to all counsel of record and to Petitioner at his address of record. It is SO ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: February 27, 2026